UNITED STATES DISTRICT COURT
STATE OF NEW YORK, EASTERN DISTRICT

Attorney: LEVIN EPSTEIN & ASSOCIATES PC
Address: 60 EAST 42ND ST., STE#4700 NEW YORK , NY 10165

| | |
|---|---|
| ALFREDO ANDRADE SOLIS ON BEHALF OF HIMSELF AND OTHERS SIMILARLY SITUATED IN THE PROPOSED FLSA COLLECTIVE ACTION<br><br>vs<br>TROPICAL RESTAURANT BAR INC ET AL<br><br>*Plaintiff*<br><br>*Defendant* | **Index Number**: 1:23-CV-01707-ENV-MM<br><br>**Client's File No.**: solis vs. tropical<br><br>**Court Date**:<br><br>**Date Filed**: 03/08/2023 |

STATE OF NEW YORK, COUNTY OF QUEENS, SS.:
JAVON CUMMINGS, being sworn says:

## AFFIDAVIT OF SERVICE

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On 4/13/2023, at 10:01 AM at: 88-18 JAMAICA AVENUE, WOODHAVEN , NY 11421 Deponent served the within **Summons in a Civil Action - COMPLAINT - CIVIL COVER SHEET**

On: **88-18 TROPICAL RESTAURANTS CORP** , Defendant therein named.

☒ **#1 Corporation or Partnership or Trust or LLC or Non-Profit**
By delivering thereat a true copy of each to **Lianna Doe** personally. Deponent knew said corporation/partnership/trust/LLC/Non-Profit so served to be the corporation/partnership/trust/LLC/Non-Profit described in said aforementioned document as said Defendant and knew said individual to be General Agent thereof.

☒ **#2 DESCRIPTION**

| Sex: Female | Color of skin: Tan | Color of hair: Brown | Glasses: |
|---|---|---|---|
| Age: 40-50 | Height: 5ft 4in - 5ft 8in | Weight: 131-160 Lbs. | Other Features: |

☐ **#3 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☐ **#4 OTHER**

Sworn to before me on 04/14/2023

DIANNE GONZALEZ
NOTARY PUBLIC, State of New York
No. 01GO6025621, Qualified in Queens County
Term Expires, August 3, 2023

JAVON CUMMINGS
DCA License # 2036513

*Preferred Process Servers Inc 166-06 24th Rd, LL, Whitestone, NY 11357 718-362-4890 Lic#2003142-DCA*