UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
Alfredo Andrade Solis, o*n behalf of himself and others similarly situated in the proposed FLSA Collective Action*,

                      *Plaintiff,*

- *against* -

Tropical Restaurant Bar Inc., 88-18 Tropical Restaurante Corp., Jaime Antonio Pesantez, and Jaime Illescas (a/k/a Jimmy Illescas),

                      *Defendants.*
---------------------------------------------------------------X

Case No.: 1:23-cv-01707-ENV-MMH

**CERTIFICATE OF DEFAULT**

      I, Brenna B. Mahoney, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the Defendant Tropical Restaurant Bar Inc.,  has not filed an answer or otherwise moved with respect to the complaint herein. The default of Tropical Restaurant Bar Inc, is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
        April 21, 2023

                                      Brenna B. Mahoney, Clerk of Court

                                      By: *Jalitza Poveda*
                                         Deputy Clerk